AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED
*August 16, 2022*
Nathan Ochsner, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
MCALLEN DIVISION

**UNITED STATES OF AMERICA**
**V.**
**Ramon Sotullo**
**YOB: 1960 COB: United States**

## CRIMINAL COMPLAINT

**Case Number:**
**M-22-1613-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about **August 15, 2022** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*
**knowing or in reckless disregard of the fact that Osvin Anaul Ayala-Perdomo, a citizen and national of Honduras, and Rey David Patino-Enriquez, a citizen and national of Mexico, along with four (4) other undocumented aliens, for a total of six (6) who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas, to the point of arrest near Sullivan City, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**
I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On August 15, 2022, a Border Patrol agent was flagged down by a concerned citizen and told the agent that a gold Lincoln Navigator had loaded six (6) people near his house in Los Ebanos, Texas. The agent notified a nearby air unit which located the vehicle traveling northbound on El Faro Road towards Highway 83. With the assistance of the air unit, the agent located the vehicle and requested a registration check. Communications notified the agent that the registration plate was reported stolen. Based on these facts, the agent conducted a vehicle stop. The agent approached the vehicle and identified the driver as Ramon Sotullo, a United States citizen. The agent observed in plain view six (6) people laying down on top of the folded back seats of the vehicle. All 6 passengers were determined to be illegally present in the United States.

Ramon Sotullo and all 6 passengers were arrested and transported to the McAllen Station for processing.

**PRINCIPAL STATEMENT:**
Ramon Sotullo Jr., a United States citizen, was read his Miranda Rights in the English language. He understood his rights and agreed to provide a statement without an attorney present.

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Complaint authorized by AUSA E. Flores

/S/ Rosendo Agda
Signature of Complainant

**Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:**

Rosendo Agda Border Patrol Agent
Printed Name of Complainant

August 16, 2022 at 1:22 p.m. at McAllen, Texas
Date City and State

J. Scott Hacker, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-22-1613-M

**RE:**   **Ramon Sotullo**

**CONTINUATION:**

Sotullo stated his friend picked him up and they drove together to pick up the Navigator he was arrested in today. Sotullo was going to help his friend by driving the Navigator for him to his friend's house in Sullivan City. Sotullo added that once they were in the area, his friend kept driving around in circles until he told him to turn around and park. Sotullo indicated that at that point several guys came out of the woods and jumped in his truck. Sotullo added that his friend made hand signals for him to follow him. Sotullo did not know what to do but continued driving north, with the subjects whom he suspected were illegal, until he saw Border Patrol behind him. Sotullo stated he pulled over at a gas station near the expressway and his friend continued driving away.

**Material Witness 1:**
Osvin Anaul Ayala-Perdomo, a Honduran citizen, was read her Miranda Rights and was willing to make a statement.

Ayala crossed the Rio Grande River illegally along with six (6) other people and a guide. Ayala paid $14,000 in smuggling fees. After he crossed, they walked to a two-story house and waited under the porch until a grey truck arrived and picked them up. Ayala claimed the driver was a male and was wearing a black shirt. Ayala stated that the driver told them to get into the truck, but shortly after taking off, someone warned the driver over the phone that Border Patrol was heading over. Ayala stated that the driver then told them to get out of the truck and to hide and he would come to pick them up later. They exit the truck and hide in the nearby brush. After a while, the same driver returned driving the same vehicle and instructed them to get in the truck. Ayala claimed that after they boarded the truck again, the driver told them to lay down. Ten (10) minutes after driving off, the driver told them that Border Patrol got them. Ayala claimed the driver was wearing a black shirt.

Ayala identified Ramon Sotullo, on a photo line-up as the driver of the truck that picked him up.

**MATERIAL WITNESS 2:**
Rey David Patino-Enriquez, a citizen of Mexico, was read his Miranda Rights and was willing to make a statement.

Patino crossed the Rio Grande River illegally along with six (6) other people. He paid $3,000 in smuggling fees. Patino claimed that after they crossed, they walked and waited in the brush until a vehicle arrived and picked up four (4) of the people he was traveling with. Patino claimed he stayed with the other hiding in the brush. Patino claimed that shortly after the grey vehicle and drove away, the vehicle returned and dropped the people it had picked up in the brush and they all hid in the brush. After around thirty (30) minutes the same vehicle returned to pick them up. Patino stated the driver was a male wearing a T-shirt but not sure what color. Patino claimed that after five (5) minutes of driving, law enforcement stopped them.

Patino identify Ramon Sotullo, on a photo line-up as the driver of the vehicle that picked him up.